UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DENISE BERRY,

    Plaintiff,                                                 Case No. 1:24-cv-13411
                                                        Hon. Thomas L. Ludington
v.                                                       United States District Judge

SHIRO, INC.,

    Defendant.
_____/

**JUDGMENT**

Having considered Plaintiff's Motion to Enter Default Judgment and to Hold Hearing to Determine the Amount of Damages, ECF No. 9, conducting an evidentiary hearing on May 15, 2025, and this Court otherwise being fully advised in the premises:

It is **ORDERED** that Plaintiff's Motion to Enter Motion to Enter Default Judgment and to Hold Hearing to Determine the Amount of Damages, ECF No. 9, is **GRANTED**.

Further, it is **ORDERED** that Default Judgment is **ENTERED** against Defendant, and Defendant is **DIRECTED** to pay Plaintiff damages in the amount of **$45,000.00**, composed of $30,000 in damages and $15,000 in legal fees, for the reasons stated on the record.

**This is a final order and closes the above-captioned case.**

Dated: May 30, 2025                                                   s/Thomas L. Ludington
                                                                        THOMAS L. LUDINGTON
                                                                        United States District Judge